UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA, OAKLAND DIVISION

| | |
|---|---|
| JAMES E. DALY,<br><br>    Petitioner,<br><br>    vs.<br><br>W. KNIPP, WARDEN,<br><br>    Respondents | Case No. C 12-0091 PJH (PR)<br>AMENDED<br>ORDER FOR 60-Day EXTENSION OF TIME TO FILE OPPOSITION TO MOTION TO DISMISS<br><br>[Civil L.R. 6-3] |

   Pursuant to this Ex Parte Motion for an Extension of Time to File a Response to Respondent's Motion to Dismiss by counsel for petitioner in the above named case, and for the good cause shown herein, IT IS HEREBY ORDERED that petitioner's response to the motion to dismiss will be due on February 18, 2013.

Dated: January 2, 2013

_____
Hon. Phyllis J. Hamilton
United States District Court Judge

*IT IS SO ORDERED — Judge Phyllis J. Hamilton*

-1-